967 A.2d 844

IN THE MATTER OF DONALD N. ELSAS,
AN ATTORNEY AT LAW.

March 3, 2009.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **DONALD N. ELSAS** of **MOORESTOWN,** who was admitted to the bar of this State in 1976;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RFC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 1.15(a) (negligent misappropriation of client funds);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(b), and *RPC* 1.15(a), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in District Docket No. XIV–06–353E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **DONALD N. ELSAS** of **MOORESTOWN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.